UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IAN FELMINE,

               Plaintiff,

    -against-

THE CITY OF NEW YORK, DETECTIVE
MARTIN RUANE, Shield No. 6170, DETECTIVE
JULIO FRANCO, Shield No. 2564, DETECTIVE
THOMAS MARK HARDT, Shield No. 6869,
SERGEANT JOSE BORRERO, Shield No. 5477,
"JOHN DOE" and "JANE DOE,"

               Defendants.
------------------------------------------------------------X

JUDGMENT
09-CV- 3768 (CBA)


FILED
SEP 29 2011
CLERK'S OFFICE

      A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on September 29, 2011, denying the Plaintiff's motion to file a Third Amended Complaint and to join ADA Allana Alexander as a Defendant, because any new claims would be futile; it is

      ORDERED and ADJUDGED that Plaintiff take nothing of the Defendants; that the Plaintiff's motion to file a Third Amended Complaint and to join ADA Allana Alexander as a Defendant is denied, because any new claims would be futile.

Dated: Brooklyn, New York
       September 29, 2011

                                                   s/RCH

                                                   ROBERT C. HEINEMANN
                                                   Clerk of Court