UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
IAN FELMINE,

                Plaintiff,

-against-

THE CITY OF NEW YORK, DETECTIVE
MARTIN RUANE, Shield No. 6170, DETECTIVE
JULIO FRANCO, Shield No. 2564, DETECTIVE
THOMAS MARKHARDT, Shield No. 6869,
SERGEANT JOSE BORRERO, Shield No. 5477,
"JOHN DOE" and "JANE DOE",

                Defendants.
----------------------------------------------------------------x

**NOT FOR PUBLICATION**
**ORDER**
09-CV-3768 (CBA)(JO)

OCT 11 2011

AMON, Chief United States District Judge.

The plaintiff has filed a letter requesting a pre-motion conference for a proposed motion to reconsider the Court's decision dismissing the claims against defendants Markhardt and Borrero as time-barred. The plaintiff offers this motion based on a relation-back theory not previously asserted in his summary judgment papers, and not briefed by either party. However, the plaintiff may file the requested motion without the need for a pre-motion conference. The plaintiff should serve his motion by October 31, 2011. The defendants may serve a response by November 14, 2011. Any replies should be served by November 23, 2011, and the completed briefing should be filed with the Court by that same date.

SO ORDERED.

Dated: Brooklyn, New York
        October 11, 2011

                                          s/CBA

                                          Carol Bagley Amon
                                          Chief United States District Judge