UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X  VACATUR OF
IAN FELMINE,                                                    JUDGMENT
                                                                09-CV- 3768 (CBA)
                    Plaintiff,

    -against-

THE CITY OF NEW YORK, DETECTIVE
MARTIN RUANE, Shield No. 6170, DETECTIVE
JULIO FRANCO, Shield No. 2564, DETECTIVE
THOMAS MARK HARDT, Shield No. 6869,
SERGEANT JOSE BORRERO, Shield No. 5477,
"JOHN DOE" and "JANE DOE,"

                    Defendants.
------------------------------------------------------------X

       Pursuant to an Order of Honorable Carol Bagley Amon, United States District Judge, having been entered on October 7, 2011, directing the Clerk of Court to vacate the judgment entered in this case on September 29, 2011, docket entry (#73), that judgment is hereby vacated pursuant to Rule 60(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
       October 07, 2011

                                                 s/DCP
                                         DOUGLAS C. PALMER
                                         Clerk of Court